IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02168-WDM-BNB

JANIS NEHLS,

    Plaintiff,

v.

FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to file amended reply is granted.

Dated:  February 15, 2006

                                      s/ Jane Trexler, Secretary/Deputy Clerk