IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02168-WDM--BNB

JANIS NEHLS,

Plaintiff,

v.

FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 27, filed June 29, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **September 13, 2006** |
| Dispositive Motion Deadline: | **September 29, 2006** |

IT IS FURTHER ORDERED that the Pretrial Conference set for October 30, 2006, is **vacated and reset to January 29, 2007, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 22, 2007**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: June 29, 2006