IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02168-WDM--BNB

JANIS NEHLS,

Plaintiff,

v.

FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion for Modification of Scheduling Order** [docket no. 31, filed August 10, 2006] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 15, 2006**.

DATED:  August 11, 2006