IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02168-WDM--BNB

JANIS NEHLS,

Plaintiff,

v.

FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 36, filed September 25, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the dispositive deadline is extended to and including **October 6, 2006**.

DATED:  September 26, 2006