IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02168-WDM-BNB

JANIS NEHLS,

    Plaintiff(s),

v.

FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,

    Defendant(s).

_____

**ORDER RE: REVIEW OF COSTS**
_____

This matter is before me on the Defendant's Motion to Review Taxation of Costs (doc. no. 51) wherein Defendant challenges the Clerk's denial of claimed costs for printing, travel and depositions.  Defendant seeks its costs pursuant to 28 U.S.C. § 1920.  It argues that these expenses were "necessarily obtained" pursuant to the statute for the preparation of its defense against Plaintiff's claims, relying upon *Callicrate v. Farm Land Industries, Inc.*, 139 F.3d 1336 (10th Cir. 1998).  Plaintiff responds that the depositions and related expenses were not submitted into evidence or used as part of the summary judgment ruling and therefore should not be a predicate for awarding costs.  Plaintiff relies principally on a decision by Chief Judge Nottingham in *Robertson v. Las Animas County Sheriff's Department*, 2006 W.L. 1806171 (D.Colo.).

I agree with Plaintiff.  This matter was decided by my summary judgment order

dismissing the Plaintiff's claim as being untimely.  The order was affirmed by the Court of Appeals.  The case was determined without any dispute of relevant fact.   As the parties acknowledge, no deposition testimony was submitted in evidence or used by the parties or the court in making factual arguments or determinations.

Defendant's reliance on *Callicrate* is misplaced.  As distinguished from the case here, many of the depositions were submitted to the court and used by the parties or the court.  Here, the defendant has failed to meet his burden to show that the depositions were reasonably necessary in this case even though not used as evidence or in summary judgment proceeding.

As to the associated costs of copying and travel expenses related to the depositions, the same reasons sustain the Clerk's denial.  In addition, there is no authority under § 1920 to award travel expenses.  *See Robertson v. Las Animas County Sheriff's Department*, at *4.

Accordingly, it is ordered that Defendant's Motion to Review Taxation of Costs (doc. no. 51) is denied.

DATED at Denver, Colorado, on August 15, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge